# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARQUIS MILLER,<br><br>　　　　Plaintiff,<br><br>　VS.<br><br>SUZANNE MITCHELL,<br>Magistrate Judge, in her individual<br>Capacity, | Case No. 25-CV-535-SWS |

## JUDGMENT

In accordance with the Court's Order on Pending Motions and Granting Defendant's Motion to Dismiss (ECF No. 20), the Court enters judgment in favor of Defendant, Judge Suzanne Mitchell and against Plaintiff, Marquis Miller.

Dated this <u>24th</u> day of November, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Scott W. Skavdahl
　　　　　　　　　　　　　　　　　　　　United States District Judge, District of Wyoming